UST-31, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| SANTIAGO, BENNY DE | ) | Case No. 08-03825-PHX SSC |
| SANTIAGO, AMALIA DE | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

DAVID A. BIRDSELL, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 1 | CAPITAL RECOVERY II<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131 | $1.36 |
| 6 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF<br>CITIBANK<br>RESURGENT CAPITAL SERVICES, PO BOX 10587<br>GREENVILLE, SC 29603-0587 | $0.85 |
| 9 | WEST VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702 | $0.77 |

| December 14, 2010 | /s/ David A. Birdsell |
|---|---|
| DATE | DAVID A. BIRDSELL, TRUSTEE |